# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2212

_____

Cynthia Jiles,

        Appellant,

    v.

Eric K. Shinseki; Secretary,
Department of Veterans Affairs,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*
\*
\*

_____

Submitted:  August 19, 2010
Filed:  August 24, 2010

_____

Before WOLLMAN, MELLOY and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Cynthia Jiles appeals the district court's[1] preservice dismissal of her employment-discrimination action. Upon *de novo* review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we agree with the district court that the complaint failed to state a claim, see Ashcroft v. Iqbal, 129 S. Ct. 1937, 1950-52 (2009) (assuming veracity of well-pleaded factual allegations, court should determine

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

whether they plausibly give rise to entitlement to relief).  Accordingly, we affirm. See 8th Cir. R. 47B.

_____